**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
             jwilner@bursor.com
             jglatt@bursor.com
             rmartin@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BERARD, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br><br>     v.<br><br>COLEWILLAIDAN, LLC, d/b/a COLE'S SEAFOOD<br><br>                                  Defendant. | Case No.: 2:25-cv-06462-JLS-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Josephine L. Staton |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Berard hereby voluntarily dismisses his claims, with prejudice, against Defendant Colewillaidan, LLC d/b/a Cole's Seafood.  Each party shall bear its own costs.

Dated: December 10, 2025                    Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   /s/ *L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
             jwilner@bursor.com
             jglatt@bursor.com
             rmartin@bursor.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 2:25-CV-06462-JLS-SK                                                            1